IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL GEOFFREY PETERS, § | | |
| #2019190 § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:22-CV-2163-D | |
| § | | |
| TEXAS DEPARTMENT OF CRIMINAL § | | |
| JUSTICE, et al., § | | |
| Defendants. § | | |

### ORDER

The United States Magistrate Judge issued findings, conclusions and a recommendation in this case. Plaintiff filed objections on October 3, 2022. The undersigned district judge made a *de novo* review of those portions of the proposed findings and recommendation to which objections were made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 28, 2022.

SIDNEY A. FITZWATER
SENIOR JUDGE